**UNITED STATES BANKRUPTCY COURT, SOUTHERN DISTRICT OF FLORIDA**
www.flsb.uscourts.gov
**CHAPTER 13 PLAN (Individual Adjustment of Debts)**
☐ ___ Amended Plan (Indicate 1st, 2nd, etc. amended, if applicable)
☐ ___ Modified Plan (Indicate 1st, 2nd, etc. amended, if applicable)

DEBTOR: **Maria D. Segura**   JOINT DEBTOR: _____   CASE NO.: **14-26263**
Last Four Digits of SS# **xxx-xx-2744**   Last Four Digits of SS# _____

**MONTHLY PLAN PAYMENT:** Including trustee's fee of 10% and beginning 30 days from filing/conversion date, Debtor(s) to pay to the trustee for the period of 60 months. In the event the trustee does not collect the full 10%, any portion not collected will be paid to the creditors pro-rata under the plan:

   A. $ **1,202.68** for months **1** to **60** ;
   B. $ _____ for months ___ to ___ ;
   C. $ _____ for months ___ to ___ ; in order to pay the following creditors:

Administrative: Attorney's Fee - $ **3,500.00**   TOTAL PAID $ **1,300.00**
             Balance Due $ **2,200.00** payable $ 88.00 /month (Months **1** to **25** )

Secured Creditors: [Retain Liens pursuant to 11 USC § 1325 (a)(5)] Mortgage(s)/Liens on Real or Personal Property:

**Bank of America**   Arrearage on Petition Date $ 21,160.71

Address: **Attn: Correspondence Unit/CA6-919-02-41; Po Box 5170; Simi Valley, CA 93062**
       Arrears Payment $ 352.68 /month (Months **1** to **60** )
Account No: **xx0138**   Regular Payment $ 652.66 /month (Months **1** to **60** )

IF YOU ARE A SECURED CREDITOR LISTED BELOW, THE PLAN SEEKS TO VALUE THE COLLATERAL SECURING YOUR CLAIM IN THE AMOUNT INDICATED. A SEPARATE MOTION WILL ALSO BE SERVED ON YOU PURSUANT TO BR 7004 AND LR 3015-3.

| Secured Creditor | Description of Collateral and Value of Collateral | Interest Rate | Plan Payments | Months of Payment | Total Plan Payments |
|---|---|---|---|---|---|
|  |  |  |  |  |  |

Priority Creditors: [as defined in 11 U.S.C. §507]
**-NONE-**   Total Due $ _____
       Payable $ _____ /month (Months ___ to ___)   Regular Payment $ _____

Unsecured Creditors: Pay $ **25.00** /month (Months **26** to **60** ).
Pro rata dividend will be calculated by the Trustee upon review of filed claims after bar date.

Other Provisions Not Included Above:


I declare that the foregoing chapter 13 plan is true and correct under penalty of perjury.

**/s/ Maria D. Segura**
**Maria D. Segura**
Debtor

Date: **August 6, 2014**